FILED

FEB 0 7 2022

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| JANE PIERCE<br><br>Plaintiff,<br><br>v.<br><br>VILLAGE OF HIGHLAND HILLS, et al.<br><br>Defendants. | CASE NO.<br><br>JUDGE |

## NOTICE OF REMOVAL TO UNITED STATES DISTRICT COURT

TO THE HONORABLE JUDGES OF THIS COURT:

Now come Defendants Village of Highland Hills and Thomas P. O'Donnell, who represent to this Court as follows:

1. That there was commenced and is now pending in the Court of Common Pleas for Cuyahoga County, Ohio, Case No. CV 22 958898 before Judge John J. Russo, in which Jane Pierce is the Plaintiff.

2. That said action is a suit of a civil nature.

3. That said action was brought pursuant to Title VII, the ADEA, the ADA, the FMLA, and COBRA, in that Plaintiff alleges claims of deprivation of rights under those federal statutes.

4. That this Court has jurisdiction over the within action pursuant to Title 28, United States Code, §§ 1331 and 1343.

5. That the within action may be removed to this Court pursuant to the provisions of Title 28, United States Code, §§ 1441, et seq.

6. That this Notice is being filed within thirty (30) days after receipt of the Complaint by Defendants Village of Highland Hills and Thomas P. O'Donnell and that the time for filing this notice under 28 USC § 1446(b) has not expired.

7. That all parties required by law to join in this Notice, *i.e.*, have been served, have been so joined.

8. That written notice of the filing of this Notice has been given to all other parties as provided by law.

9. That a true and correct copy of this Notice will be filed with the Clerk of Court of Common Pleas for Cuyahoga County, Ohio, as provided by law.

10. That there is filed herewith and by reference made a part hereof, a true and correct copy of all process, pleadings, and orders served on the Defendants in said action.

11. That this Notice of Removal is signed pursuant to Rule 11 of the Federal Rules of Civil Procedure.

Respectfully submitted,

*/s/ John D. Latchney*
John D. Latchney (0046539)
Hanna, Campbell & Powell, LLP
3737 Embassy Parkway, Suite 100
Akron, OH 44333
T: (330) 670-7602
F: (330) 670-7458
Email: jlatchney@hcplaw.net
*Attorney for Defendants Village of Highland Hills and Thomas P. O'Donnell*

## DECLARATION

John D. Latchney, under penalty of perjury, hereby declares he has read the foregoing Notice of Removal and that all factual representations contained therein are true and accurate to the best of declarant's knowledge and belief.

/s/ *John D. Latchney*
John D. Latchney (0046539)

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing *Notice of Removal to United States District Court* was sent via regular U.S. mail pursuant to Civil Rule 5(b)(2)(c) this 2nd day of February, 2022, to:

Mary Jo Hanson (0078119)                *Attorney for Plaintiff*
Mary Jo Hanson, LLC
Skylight Office Tower
1660 West 2nd St., Suite 655
Cleveland, OH 44113
Email: hansonmaryjo@aol.com

/s/ *John D. Latchney*
John D. Latchney (0046539)

<<HCP #1212406-v1>>