# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| JANE PIERCE ) | CASE NO. 1:22-cv-00213 |
| ) | |
| Plaintiff, ) | JUDGE SOLOMON OLIVER, JR |
| ) | |
| v. ) | |
| ) | **STIPULATION FOR ORDER** |
| VILLAGE OF HIGHLAND HILLS, et al. ) | **OF DISMISSAL WITH** |
| ) | **PREJUDICE** |
| Defendants. ) | |

We, the attorneys for the respective Parties, hereby stipulate that any and all of the remaining claims against the Defendants, whether raised in the Complaint or not, be dismissed with prejudice, at each Parties own costs and attorneys' fees, and that pursuant to Fed. R. Civ. Proc. 41(a)(2), the Court may enter an Order accordingly finally dismissing the entire case with prejudice.

Respectfully submitted,

/s/ *Mary Jo Hanson*
Mary Jo. Hanson  (0078119)
Skylight Office Tower
1660 West 2nd Street, Suite 655
Cleveland, Ohio  44113
Office: (216) 622-2999
Cell: (440) 520-6003
Fax: (216) 862-0913
hansonmaryjo@aol.com
maryjo@maryjohanson.com

*Counsel for Plaintiff*

/s/ *John D. Latchney*
John D. Latchney, Esq.  (0046539)
HANNA CAMPBELL & POWELL LLP
3737 Embassy Parkway/Suite 100
Akron OH 44333
P:  330.670.7602/F: 330.670.7458
jlatchney@hcplaw.net

*Counsel for Defendants Village of Highland Hills and Law Director Tom O'Donnell*

**IT IS SO ORDERED.**
/s/ Solomon Oliver, Jr.
United States District Judge
4/13/2023